RECEIVED
MAY 18 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Mr. Sylvester Tracklin in/No.
Camp "C" Tiger r/Lug
Louisiana State Prison
Angola La. 70712
May 15, 2023

Dear sir

I been in the damgeon at camp "D" for 38, day these people tranfer me on a program tier I told the Capt. Davis, my life in danger at and I was backlog to C.C.R. on death row now. worry I am at now he got four or five cell open it one time now, I told him if you got move me to C.C.R. on death row going to kill every body on this program tier right now.

These people at Camp D know I was back log to C.C.R. on death row. now. He want me to kill a police and inmate at around me now. I am not get know time because I tod these people my life is at danger at Camp "C" and camp "D" right now. You need to move Warden Tim Hooper out of Angola befor you found your officer dead or inmate dead now

C.C. Filed Respectfully Sincerely
Sylvester Iradelhur
D.O.C. #170038

Mr. Sylvester Tracking #1170
Camp "C" Tiger 1 Left 9
Louisiana State Penitentiary
Angola Screened 70712

OK
U.S. MARSHAL

United State District Court
Middle District of Louisiana
777 Florida St, suit 139
Baton Rouge LA, 70802

BATON ROUGE LA 707
16 MAY 2023 PM 3 L

CAMPC