UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SYLVESTER TRACKLING (#117085)**

**VERSUS**

**TIM HOOPER**

**CIVIL ACTION**

**NO. 23-390-JWD-RLB**

## JUDGMENT

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED** and **DECREED** that the above-captioned proceeding be and is hereby **DISMISSED, WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on <u>July 25, 2023</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**